UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RUSSELL AUGUILLARD (#347039)

VERSUS

DR. PAUL TOCE, ET AL.

CIVIL ACTION

NO. 14-394-JJB-RLB

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Richard L. Bourgeois, Jr., dated August 3, 2015 (doc. no. 46) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the Court declines to exercise of supplemental jurisdiction in connection with the plaintiff's potential state law claims and the defendants' Motions to Dismiss (doc. no. 23 and 42) are GRANTED, dismissing the plaintiff's claims asserted herein, with prejudice, and this action is DISMISSED.

Baton Rouge, Louisiana, this 27th day of August, 2015.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA